UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND MEYOU,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | Civil Action No. 21-2806 (JDB) |

## ORDER

Upon consideration of [6] defendants' motion to dismiss, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 17, 2022